UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KESHIA SOPHIA ALEVRAS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 25-cv-11672-ADB |
| DEPARTMENT OF CORRECTIONS-STATE OF MASSACHUSETTS and THE FACILITIES CERT TEAM, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

BURROUGHS, D.J.

Keshia Alevras ("Alevras"), who is confined at the Suffolk County House of Correction ("SCHC"), initiated this action by filing a *pro se* complaint with a motion for leave to proceed *in forma pauperis*. [Dkt. Nos. 1, 2]. By Memorandum and Order dated September 12, 2025, Alevras was granted leave to proceed *in forma pauperis* and was advised that the complaint failed to state a claim upon which relief may be granted. [Dkt. No. 6]. The Memorandum and Order stated that if she wished to proceed with this action, she must file an amended complaint curing the pleading deficiencies and setting forth a plausible claim upon which relief may be granted. [Id.]. The Memorandum and Order further stated that failure to comply with this directive within forty-two (42) days of the date of the Memorandum and Order will result in dismissal of this action. [Id.].

To date, Alevras has not filed an amended complaint and the time to do so expired. Accordingly, and in accordance with the Court's Memorandum and Order, this action is

DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**SO ORDERED.**

October 30, 2025                                      /s/ Allison D. Burroughs
                                                      ALLISON D. BURROUGHS
                                                      U.S. DISTRICT JUDGE